IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-00158-MSK-09

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER JAMES SHEEHAN,

    Defendant.

## MINUTE ORDER

| | |
|---|---|
| Pursuant to the directions of<br>Magistrate Judge Michael E. Hegarty | Nancy Marble, Deputy Clerk<br>November 22, 2011 |

    Upon request from chambers today,

    IT IS HEREBY ORDERED that a hearing is set for document 222, Motion for Bond Setting (Forthwith) for the above mentioned defendant. The hearing will be held on Wednesday, **November 23, 2011** at **10:30 am**, in Courtroom A501 before Magistrate Judge Hegarty, in the Alfred A. Arraj Courthouse.