## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover        Date:   January 26, 2012
Court Reporter:     Paul Zuckerman

Criminal Action No. 11-cr-00158-MSK

*Parties*:                                  *Counsel*:

UNITED STATES OF AMERICA,                   Michelle Korver

      Plaintiff,

v.

CHRISTOPHER JAMES SHEEHAN,                  Harvey Steinberg

      Defendant.

---

## ARRAIGNMENT AND CHANGE OF PLEA HEARING

---

**1:36 p.m.**     **Court in session.**

Defendant present on bond.

Defendant is arraigned on Count **1** of the **Information**. Defendant pleads guilty to Count 1 of the **Information. The Government intends to dismiss the Counts of the Indictment (1, 8) against this defendant.**

The Court advises the defendant of his right to be indicted by the grand jury. The defendant waives his right to indictment.

Defendant sworn.

Defendant advised regarding:

    1)    The Plea Agreement;
    2)    The maximum and minimum penalties, terms and conditions of supervised release, restitution, probation and/or forfeiture;

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

        3)        The objectives and factors in 18 U.S.C. §3553(a).

The Government orally moves to dismiss the Counts of the Indictment (1,8) against this defendant. Defendant has no objection.

The Court explains defendant's right to a trial by jury and other constitutional rights and confirms that the defendant desires to waive such rights.

Oral findings are made of record.

**ORDER:**    The Government's oral Motion to Dismiss the Counts of the Indictment (1, 8) against this defendant **GRANTED, but the effect of the Order is stayed until time of Sentencing.**

**ORDER:**    Plea Agreement and Statement by Defendant in Advance of Plea of Guilty (and any translations thereof) are received**.**

**ORDER:**    Defendant's plea is accepted and defendant is adjudged guilty as charged in **Count 1 of the Information.**

**ORDER:**    Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Cr.P.32. Defendant shall, with the assistance of counsel, immediately after this hearing or as soon as is practicable make arrangements to participate in the presentence investigation and shall cooperate fully with the probation department.

**ORDER:**    Sentencing hearing is already set on **April 23, 2012 at 3:30 p.m.**, in Courtroom A901, 901 19th Street, Denver, CO.

**ORDER:**    Pending Motions (**Doc. #203-212**) are **WITHDRAWN**.

**ORDER:**    Bond is continued, but the condition that was imposed requiring defendant to comply with GPS monitoring is lifted

**2:16 p. m.**    **Court in recess.**

**Total Time:**    **40 minutes.**
**Hearing concluded.**