**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy: Patricia Glover        Date: June 27, 2012
Court Reporter:   Janet Coppock
Probation Officer: Justine Kozak

Criminal Action No. 11-cr-00158-MSK

*Parties*:                              *Counsel*:

UNITED STATES OF AMERICA,               Michele Korver

    Plaintiff,

v.

CHRISTOPHER JAMES SHEEHAN,              Harvey Steinberg

    Defendant.

---

**SENTENCING MINUTES**
_____

 **11:13 a.m.**    **Court in session**.

Defendant present on bond.

**Change of Plea Hearing on January 26, 2012. Defendant pled guilty to Count 1 of the Information.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure **(Doc. #379)**. Argument.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). **(Doc. #375)** Argument.

Allocution. - Statements made by: The defendant, defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. Further argument by Mr. Steinberg.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:**   Motion at Doc. #332 is **DENIED as moot.**

**ORDER:**   The Government's Motion for Downward Departure **(Doc. # 379)** is **GRANTED.**

**ORDER:**   Defendant's Motion for Non-Guideline Sentence **(Doc. #375)** is **GRANTED.**

The hearing will be continued to allow counsel the opportunity to submit briefs on the limited issue addressed.

**ORDER:**   Simultaneous briefs will be submitted within the next 21 days.  When the briefs are filed, counsel will jointly contact chambers to re-set this hearing.

**ORDER:**   Bond is continued.

**11:47 a.m.**   **Court in recess.**

Total Time:   34 minutes.
Hearing continued.