UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 11-cr-00158-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     JOAN ANASTASI,
2.     VALENTIN BARRIOS,
3.     ANTHONY BUCHANAN,
4.     JOSEPH JAMES BURKE,
5.     ALFONSO ELVAO-ALLOCATI,
6.     JACK FELLNER,
7.     WAYNE ALAN REID,
8.     PEGGY SCHLAUGER,
**9.**     **CHRISTOPHER JAMES SHEEHAN**,
10.    JESSE TRUJILLO,

      Defendants.

---

## ORDER EXONERATING BOND

This criminal action has proceeded to sentencing and a final judgment and conviction, and the defendant was remanded to the custody of the United States Marshal at sentencing, or has self-surrendered to the designated facility, as confirmed by the United States Bureau of Prisons. As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

**ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

**ORDERED** that the bail funds or property deposited into the registry of the court shall

hereby be released by the clerk of the court, or a designated deputy, to the surety or the

defendant.

DATED this 30th day of October, 2012.

BY THE COURT:

Marcia S. Krieger
United States District Judge